## NATHAN GOLDSTEIN *vs.* JACOB SHAPIRO.

Cumberland County. Decided July 16, 1921. Action of assumpsit to recover commissions in the sale of real estate. The defendant filed a general motion to set aside a verdict rendered for the plaintiff. *Held:*

That the points in controversy were purely issues of fact and their decision depended largely upon the credibility of the witnesses. The verdict of the jury is supported by the evidence of the plaintiff if believed. This court cannot say that the jury manifestly erred in believing it. Motion overruled. *Max L. Pinansky*, for plaintiff. *Maurice E. Rosen*, for defendant.